IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

HEVILA INES COTTO HERNANDEZ

XXX-XX-5858

Debtor(s)

CASE NO. 07-00217 BKT

Chapter 13

FILED & ENTERED ON 09/15/2010

## ORDER GRANTING WITHDRAWAL OF MOTION

RG MORTGAGE CORPORATION's motion withdrawing (docket entry #44):

    [X] the motion to dismiss
    [ ] the objection to confirmation
    [ ] the objection to claim #   filed by
    [ ] the motion to lift stay
    [ ] the legal representation of

is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 15 day of September, 2010.

/s/ Brian K. Tester
Brian K. Tester
U. S. Bankruptcy Judge

C:   DEBTOR(S)
     ROBERTO  FIGUEROA CARRASQUILLO
     ALEJANDRO  OLIVERAS RIVERA
     RG MORTGAGE CORPORATION